**Order filed December 7, 2012**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

## NO. 14-12-00850-CV

———————

## IN THE INTEREST OF J.R.W., Child

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2010-05537J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellan's brief was originally due October 31, 2012. Appellant was granted an extension of time to file her brief until **December 3, 2012, with a notation that no further extensions would be granted.** No brief has been filed.

Unless appellant files a brief with the clerk of this court within **10 days** of the date of this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM